IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**ROBERT EARL ROBINSON**                                          **PLAINTIFF**

VS.                          CASE NO. 1:06CV01050 JMM/HDY

**HARRY F. BARNES**                                               **DEFENDANT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 12th day of January, 2007.

_____
James M. Moody
United States District Judge