IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**ROBERT EARL ROBINSON**                                    **PLAINTIFF**

VS.                      CASE NO. 1:06CV01050 JMM/HDY

**HARRY F. BARNES**                                         **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this action.  The relief sought is denied.

IT IS SO ORDERED this 12th day of January, 2007.

_____
James M. Moody
United States District Judge